**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    CATHY DAGGS,

10            Plaintiff,                        No. C 07-00939 JSW

11        v.

12   NATIONAL RAILROAD PASSENGER        **ORDER OF REFERRAL TO**
     CORPORATION,                       **MAGISTRATE JUDGE**
13                                       **ZIMMERMAN FOR ALL**
             Defendant.                  **PURPOSES**
14   _____/

15

16          Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this

17   matter is HEREBY REFERRED to Magistrate Judge Bernard Zimmerman for all further

     proceedings, including trial and entry of a final judgment.
18

19

20          **IT IS SO ORDERED.**

21

22   Dated:  May 30, 2007              _____
                                        JEFFREY S. WHITE
23                                      UNITED STATES DISTRICT JUDGE

24

25

26
     cc: Wings Hom
27

28