UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CATHY DAGGS, | ) | |
| Plaintiff(s), | ) | No. C07-0939 BZ |
| v. | ) | **ORDER SCHEDULING STATUS CONFERENCE** |
| NATIONAL RAILROAD PASSENGER CORP., | ) | |
| Defendant(s). | ) | |

    On July 2, 2007, I held a Status Conference at which all parties were present, represented by counsel.  Good cause appearing, **IT IS ORDERED** as follows:

    1.  Per the parties' agreement, private mediation will be completed by **October 31, 2007**;

    2.  A second Status Conference is scheduled for **Monday, November 5, 2007, at 4:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102;

    3.  The parties will jointly file a supplemental Case Management Statement no later than seven (7) days prior to the

1 | Status Conference.
2 | Dated: July 3, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\DAGGS\ORDER.SCH.2ND.STATUS.CONF.wpd