1  Anthony S. Petru, Esq., (State Bar No. 91399
   John Furstenthal, Esq. (State Bar No. 208996)
2  HILDEBRAND, McLEOD & NELSON, INC.
   Westlake Building
3  350 Frank H. Ogawa Plaza, Fourth Floor
   Oakland, California 94612-2006
4  TEL: (510) 451-6732
   FAX: (510) 465-7023
5
   Attorneys for Plaintiff
6  CATHY DAGGS

7  B. Clyde Hutchinson, Esq. (State Bar No. 37526)
   Karen Giquinto, Esq. (State Bar No. 228261)
8  LOMBARDI, LOPER & CONANT, LLP
   1999 Harrison Street, Suite 2600
9  Oakland, CA 94612
10 TEL: (510) 433-2600
   FAX: (510) 433-2699
11
   Attorneys for Defendant
12 NATIONAL RAILROAD PASSENGER CORP.

13

14              UNITED STATES DISTRICT COURT

15       NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO

16

17 CATHY DAGGS,                        )   CASE NO.   C07-00939 BZ
                                       )
18              Plaintiff,             )   JOINT STIPULATION TO CONTINUE
                                       )   CASE MANAGEMENT/TRIAL
19 vs.                                 )   SETTING CONFERENCE AND
                                       )   MEDIATION DEADLINE
20 NATIONAL RAILROAD PASSENGER         )
   CORPORATION, a.k.a., "AMTRAK," a    )
21 corporation,                        )
                                       )
22              Defendant.             )
                                       )
23 _____ )

24

25     Because the Plaintiff has hopefully one more important medical visit and review of medical

26 films on November 7, 2007, the parties will be unable to complete a meaningful mediation before

27 the case management conference and trial setting conference currently set for November 5, 2007.

28 The parties therefore request that the Court move the conference back for approximately one

JOINT STIPULATION                                                                              1

month so that parties can complete the mediation set now for November 21, 2007. The parties had set a mediation for October 30, 2007, to comply with the Court's order to complete mediation before the November 5, 2007 trial date, but it is now clear that mediation before the doctor's appointment would not be fruitful.

Dated: October 22, 2007

        HILDEBRAND, McLEOD & NELSON, INC.

        By: _____
        JOHN FURSTENTHAL, ESQ.
        Attorney for Plaintiff
        CATHY DAGGS

Dated: October 22, 2007

        LOMBARDI, LOPER & CONANT, LLP

        By: _____
        KAREN GIQUINTO, ESQ.
        Attorney for Defendant
        NATIONAL RAILROAD PASSENGER CORP.

IT IS SO ORDERED.

The case management/trial setting conference is hereby continued from November 5, 2007 until Dec. 10, 2007, at 4:00 a.m./p.m. The parties shall complete private mediation before this date.

Dated: October 23, 2007

        _____
        Honorable Bernard Zimmerman
        United States District Court Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Bernard Zimmerman]