UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY DAGGS, )<br>         )<br>     Plaintiff(s), )<br>         )<br>     v.  )<br>         )<br>NATIONAL RAILROAD PASSENGER )<br>CORP., aka "AMTRAK" A CORP.,)<br>         )<br>     Defendant(s).  )<br>_____) | No. C07-0939 BZ<br><br>**CONDITIONAL ORDER**<br>**OF DISMISSAL** |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **30 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: May 23, 2008

                                    _____
                                         Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-BZCASES\DAGGS\COND ORDER OF DISMISSAL.wpd