Anthony S. Petru, Esq., (State Bar No. 91399)
John Furstenthal, Esq. (State Bar No. 208996)
HILDEBRAND, McLEOD & NELSON, INC.
Westlake Building
350 Frank H. Ogawa Plaza, Fourth Floor
Oakland, California 94612-2006
TEL:  (510) 451-6732
FAX: (510) 465-7023

Attorneys for Plaintiff
CATHY DAGGS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO

| | |
|---|---|
| CATHY DAGGS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, a.k.a., "AMTRAK," a corporation,<br><br>　　　　Defendant. | CASE NO.     C07-00939 BZ<br><br>**NOTICE OF PLAINTIFF'S REQUEST FOR CONTINUANCE OF DISMISSAL AND ORDER THEREON** |

　　　　Plaintiff hereby requests that the Court continue the dismissal of this case for another 45 days on the grounds that Plaintiff has had to attend to a family member's illness and has not had the chance to meet with her attorney to review the final settlement documents. Additionally, Plaintiff's counsel will be on vacation and in trial in another matter in Sacramento for at least the next three weeks. Counsel does not foresee any problems – specifically, that the settlement will

///

///

///

///

Notice of Plaintiff's Request for Continuance on Dismissal and Order Thereon
3:7-cv-939

1

1  fall apart – aside from these delays. For these reason, Plaintiff's counsel respectfully requests that
2  the Court continue the dismissal another 45 days.

4  Dated: June 12, 2008

5                                      HILDEBRAND, McLEOD & NELSON, INC.

6                                      By: _____/S/_____
7                                            JOHN FURSTENTHAL, ESQ.
                                          Attorney for Plaintiff
8                                            CATHY DAGGS

10                                  **O R D E R**

12  **IT IS SO ORDERED.**

13  Entered this __13____, day of June, 2008.

16                                THE HONORABLE BERNARD ZIMMERMAN
                              U.S. District Court, Northern District of California

Notice of Plaintiff's Request for Continuance on Dismissal and Order Thereon       2
3:7-cv-939